( Cover )

# In The United States Court of Claims
## In and for the United States of America

Officer, Jason T. Hunter
GA badge # 1234-07   FL badge # 893138   GA DL # 060.527480
DOJ - US Homeland Security Patent # = Unk (since 2017) (registered)

V,                                    (Case # TBD)

✓ 1- United States Federal Northern District et AL (Atlanta, GA)
✓ 2- United States Federal Southern District et AL (Miami, FL)
✓ 3- Fulton County Superior Court et AL (Atlanta) GA
✓ 4- Highlands County Circuit Court et AL (Sebring, FL)
✓ 5- Polk County Superior Court et AL (Bartow, FL)
✓ 6- Florida Department of Revenue
✓ 7- Florida Department of Children & Families
✓ 8- Florida Department of Motor Vehicles
✓ 9- Florida Department of Law Enforcement
✓ 10- Treasure Coast Forensic Treatment Center
✓ 11- Dr. ? Allison
✓ 12- Florida Department of Health.

β

( Authority )

Affirmation Clause of 1791

US Constitution Article III

Comity Clause of 1921

Dual Sovereignty Clause of 1945

Establishment Clause of 1790 ( US Court of Federal claims )

Bill of Rights Clause 1791

Citizenry Clause of 1876

Civil Rights Act 1866, 67, 68, 78

Article 1 of US Congress establishing Courts

US Constitution Article 1 S·9 cl 1

US CH 42 s·1983 Titles against the U.S. & it's contractors

US Constitution Amendment I

US Constitution Amendment XII ( Election of remedy by Court)

US Constitution Amendment XIV ( Equal access, redressed all courts)

US Constitution Amendment XV ( US officers, former, victims of)



2-13-2021

Citations + C

(most Vital)

Statement of claim - 8 - [ Fulton super Court ]

2] 439 us 282, 89 |   99 s-ct 530 - 535

3] S. Ct. 70 at 433 (1969)

4] Kearse 264 GA 509 (1994 | O·C·G·A· Art 1-1776 | US Articlel 1791

Statement of claim 11 [ Florida Department of Revenue ]

1] Hunter v. Francis S. Ct. (2015) (injury | Hunter v. Benton (S. Ct. 2014)

Statement of claim 16 [ Dr. Allison & Treasure Coast Forensic ]

1] Civil Rights Act 1985

   Civil Commitment Act 1985 - A GA resident his State hospital

   I'm not a FL resident ( since 03/2017) "I'm from Atlanta, ! ?

Statement of claim 17 [ FL Dept of Health, Tallahassee ]

A] Atty Rebekah Jones v. FDLE — Fed North District Florida - 2020 ]

   ∟ whistle blower like me. State falsifying records ( Covid-19 Deaths)

   ∟ History of FL Dept of Health— Wanton disregard US + it's citizens/

A

( Table of Contents )

I. Cover

II. Authority — B

III. Citations — C

IV. Table of contents

V. Claim = 2-5 pgHs ( 12 claims by Party)

VI. Statement of claims = pgs. 6-17

VII. Appendix.

VIII. Motion

IX. Petition

X. Demand

XI. ( Notice- Insolvency )

XII. ( Relief Sought )

XIII ( Prayer for Relief. )

XIV ( Affidavit of Statements )

XV. ( Assistance of Agency ) in service

XVI ( Courtesy Copy Address )

2

( CLAIM )

1 - (United States Federal Northern District of Georgia)
   ✱ U.S. Marshals of Northern District GA (Arresting)
   ✱ Magistrate Judge John K. Larkins III
   ✱ U.S. District Judge Leigh Martin May
   have by breach in duty to defend & equally protect
   U.S. Citizen, GA officer, & resident Jason Hunter (their Oaths & AFFIRM CL 1791)

2 - (United States Federal Southern District of Florida)
   ✱ U.S. District Judge Beth Bloom,   US Chief District Judge
   Keith Michael Moore, ✱ U.S. District Judge Ursula Ungaro,
   ✱ US District Judge Darrin P. Gayles have breach their duty,
   oath, Affirmation to equally defend protect US Citizen, GA officer,
   resident Jason T. Hunter in abuse of discretion, perjury by deception.

3 - (Fulton County Superior Court Judiciary (en Apartamente'))
   ✱ The Fulton County Superior Court Judge (Black female)
   (assigned 2-7-2020) via US Marshal arrest (2-6-2020),
   ✱ Fulton County Law Library Clerk,  ✱ Fulton County
   Superior Court Administrator,  ✱ Fulton County Major (2-18-2020)
   have breach duty, oaths, affirmation that resulted in unlawful extradition & Jail

4 - (Highlands County Circuit Judges: Peter Frank Estrada ✱,
   Angela Jane Cowden ✱, Magistrate Jeff Stidham, & Polk
   County Superior Judges Michael McDaniel, & Kelly Paige
   Butz have breached their duty as the Judicial Circuit 10
   (April, 2014 - Present) to estop sex harrassment, retaliation, in
   lien of their oaths Officer Hunter / missing son JCH (7yrs), in
   — breach of duty to investigate, be impartial, not harrass interstate,
   or shift blame to incriminate him interstate (CF-19-348)
   (FC 15-661) (DR 14-147) (DR 14-243) false support ( intent allegation
   Impeaching him from office (GA Governor candidate 2022), prior
   Sheriff Candidate (CF 15-729), as witness of attempted Murder in FL / U

3
( C L A I M )

5 - Polk County Superior Court (Judiciary in-part) as hostile

witness breach duty to defend / equally protect, & assist in incrimination,

arrest, extradition, & false medical records (Dr. William Kremper - Bartow, FL)

(Dr. Tracy Hartig - Bartow, FL) (Dr. Allison ? FL) with Judge Peter

Estrada, Prosecutor Richard Castillo, Defense Atty Keith Peterson = which

resulted in false arrest / imprisonment at TCFTC, misdiagnose, Brain Indury,

6 - Florida Department of Revenue = Tallahassee, (Leon County),

Bartow (Polk County), Sebring (Highlands) in conjunction w/ IRS

Washington D.C., FL, & Tax Payer Advocate = Lakeland, FL (From

October, 2015 - Present have breach duty, Affirmation to defend &

Protect Officer Jason Hunter in FL or GA or USA, Garnish contrary to

US laws - UCCJEA, ICJEA, laws of extradition, & custodial Parental KIP NAP),

7 - Florida Department of Children & Family = Tallahassee, Sebring,

Indiantown, Stuart, FL (counties: Leon, Highlands, Stuart counties)

Facility (Treasure Coast Forensic Treatment, all staff w/ exception

of Albert Morin, Nurses, Security, & Mental Health Techs, have
                                        ⌐ NOT THIS
failed to investigate false Schizophrenia diagnosis (Dr. Allison,)
                                                        GEODon
(Dr. William Kremper), (Dr. Tracy Hartig) w/ injured my brain  2-6 2-9, 2021

8 - Florida Department of Motor Vehicles (from Oct 2015 until

08/2019) did falsify, cancel driver Lic # FL H536 438 83 361-0

officer Jason Tavaris Hunter - FL resident prior 07/2007 - 03/2017)

when moved to Georgia (GA DDS) (03/2017) ID & License filed at

whitehall Atlanta office ID # 060527480 (04(2017) mailed by 05(2017

as a GA resident, FL Dept of Motor Vehicles falsified child support

- records to reflect non-payment to the Nationwide clearinghouse

& GA Dept of Human Services, GA Driver Services, & GA Department

of Family & Children Services that Lic # H536 438 83 361-0 had

expired (false) (see Eric Zwayer informed 09, 2019 Highlands
                                                            HIGHLANDS
County TAX Collector, False Criminal report # MM17 XXX CF17 XXX  COURTS.-

4

( C L A I M )

6 - [ Florida Department of Revenue ( Tallahassee )

— Caused $5,280 garnished contrary to US laws- UCCJEA,

ICJEA, FL emancipation law, F-S- 2014 child support exceeded

from ($200 to $660) (2014) (2015), up to $750 - $825 - (2019)

(2018)      (2018)

— Judge Angela Cowden / Magistrate Jeffrey Stidham in breach.

7 - [ FL Dept of Children & Families ] — Missing child by

non-custodial paying parent (ignored) (04/2014 - Present)

Did not locate the mother after all exhaust to courts.

Only concern money. & FL Dept Revenue General Counsel

Joan Koche of 2015- blocked federal lawsuit filings in U.S.

Federal Southern Districts- 2015, 2016, FSD-FL refused (03>2020 ( Prior to COVID-19)

8 - [ FL Dept of Motor Vehicles ] without a Governor's Warrant from

(05/2017 to Officer Hunter's arrest 2-6-2020) alerted all

Federal U.S. Marshals, FL State Hwy Patrol (colonels), all

Florida State wide officers in a nation-wide ( Executive order )

of County Sheriff Paul Blackman of Sebring, FL, (No Governor- Rick Scott,

( Ron Desantis, -FL, Brian Kemp- GA - 2019-Present, nor Gov Nathan Deal-GA.

9 - [ FL Department of Law Enforcement ] breach Oath / affirmation is

duty to defend equally protect ( Mallory v. US- USSC, 1957) allow

a charge " Practice of LAW" ( Misdemeanor 2) [ ABA v. FL BAR ALJ # 23

(2010) to be legislated as a 3rd degree felony in 2011 contrary to

the ULC- Chicago. Backdate Hunter's arrest to 10-15-2015 court filed

arrest 9.2- 2015, a said offense on 7.28.2015 contrary to St ex rel

— lockmiller v. FL, AOG- General Pam Bondi— No POL to candidates

for office, & w/o prior FL BAR warning ( Fuentes v. FL BAR, -2014)

( Yullee Williams v. FL BAR, USSC, 2014 ). CF 19-348 charge backdated 3-13-2019

new VFOSC F-S. on 10-1-2019, me in GA, never to have entered FL ( BRANDENBURG )

5

( C L A I M )

10.— Treasure Coast Forensic Center, RN Azcona, Security team of 5, MHTs= Julceus, D. Bahhur on 2-6-2021 due to me upset in my religious vow citing [ Church & State clause] [CRA-1866, 67] [ slaughterhouse -1878] was shot in West 3 - Rm 12 in the buttocks against my will w/ Geodon ( unknown to me, false records as Szichophrenic which nearly killed me, (lunch camera), 2-9-21= force consent on wave ( overdose ORA—

11— Dr. Allison, diagnosis Schizophrenia 2-12-20 (RN EAST4) not at intake ?? According to Treasure Coast Forensic Treatment nurse, (2-12-2021) after refusing in fear of my life & safety (GEODON) in East-4 Camera revealed to me a "Dr. D" (?) & Dr. Pelta, ordered shot & meds & that my chart said Schizophrenic as of 12/29/2021? Said I was prior diagnosed before admission? (Dr. Allison?) (Judge Estrada,?) 06/2020.

12—

Florida Dept of Health was mailed Chart copy, & emailed on medical malpractice of Judge Peter Estrada, Prosecutor Heather Bento, Atty Shawn Jiles, & Deputy clerk Rebecca Raulerson diagnosing from the bench, Judge Peter Estrada (Dr. William Kremper (CF15)-729, Tracy Harris ( CF 15-729) (2016 false — arrest no FTA (04,2016), And in January of 2017 from the bench.

Furthermore, Dr. Allison (in 06, 2020) whom I've never met after illegal Arrest, Extradition Cases ( FC 15661) ( CF 19348) w/o arrest warrants/ warranty authority (False State Atty Indictment) Christine Pletcher ( 3-13-2019) prior CF-12-139 (2-5-2012) wont stop falsifying truth of matter to cover up. Cases FC 14-661 rewrote FC15-661, PR 14-147, 243, GCA 14-247, GCA-13-878, MM17XXX, CF 17XXX (Destroyed) (Judge DAVID WARD- VACATED) CF-15-729, CF19-348 contrary to Pita v. State (DCA) Tengue v. Lane (USSC, 1986

( Statement  of  Claim  ) - 1

[ United States Federal Northern District ]

On 2-6-2020 the U.S Marshals ~~made~~ without a crime committed 1]
by way of GA codes or US Codes; Under the auspices +
Supervison of the United States District Court of
the North District of Georgia (Atlanta, GA Division).    2]
Did arrest GA officer = Jason Hunter Sr = Jason Tavaris
Hunter = Jason Glanton Carter - Truman by birth.
Badge # 1234-07, GA 3rd Private Detectives = WALDEN, WEISS,    3]
GA Tech. with (50+ -100) US Marshals at his home address
approximately between 7am - 8am = Without warrant authority
by GA governor Brian Kemp, or ~~El~~ governor Ron Desantis,
or President Trump = 4]


Upon Hunter, giving a notice to US Marshal #1 (arresting) 5]
+ quick debrief by Marshals #2 6], Marshal #1 ignored
Hunter's notice, placing him in cuffs in the front. Marshal
#1, then cuffed Hunter (R) Leg to the slide adJust to
the front (R) passenger seat of a black SUV Jeep. It
should be noted atleast 30+ Marshals on his lawn, 10+ armed
in vehicles, + (10 - 30+) blocked his street + Cleveland Ave with
heavy AR-15s pointed, a battering ram to him + his fiance who
got in front of him as they walked outside the house. (Porter v. US) ignored.

6 — US v. Donald J. Trump (senate 2021) not consistent in Hunter's arrest
5 - Porter v. US (USSC) | Kingslands v. City of Miami (11th cir)
4 - US Constitution / GA Constitution  Article 1 5.9 cl 1.
3 - Walden v. Fiore (11th cir, 2014)
2 - Weeks v. U.S. (USSC, 1914)
1 - Bivens v. 6 Unknown Federal Agents    U.S. S-ct. (1971)

7

( Statement of claim ) - 2

[ United States Federal Southern District ex rel FND-GA ]

On 10-9-2020 Magistrate John K. Larkins III entered an order transfer case #s 1:20cv 1947, & 1:20 cv 2691 with 14 days to object in abuse of the 21 day transfer rule 1] (Williams v. Text Now et AL - 2:20 cv 11098 GW PVC - USDC cen california) Futhermore, mail obstruction & tampering by removing pages, & staging mail up to 6 days after delivery by Highlands County sheriff supervisors = Wise, Rhynes, Abeln, & officers Meinke, Butler, & breach of duty to correct by Lt. Murphy 2]
[ US v. Leon ] [ Leon v. US (S.Ct.] (No honest mistake, duty breach)
On 10-9-2020, United States District Judge Beth Bloom as an Article III Judge usurped the authority of Article 1 Magistrates to screen Interstate claims under S-1915A prescreen 3] [ Smith v. US 09-14173 (11 CA, 2010) | 620 F 2d (5 CA, 1980) as neutral magistrate first review 4] (issues beyond timely control)
Because Magistrate John K. Larkins transferred as non-dispositive a US District Judge, Such denied first review 5] S-1915A (Article 1) (Magistry) - US Constitution Legislative Article 1 - 1791 Magistry
However, US District Judge Beth Bloom usurpation & John Larkins III transfer; which resulted in final dismissal, no leave to amend, tampered filings by Highlands County FL Sheriffs, North District of GA, or Federal Southern District of FL such brought Futility to the claims 6] Time expired [ Hunter v. Angela Cowden et AL USDC - 2016 ] Case #S usurped in 2 in 1 fashion ( 2:20 cv - 14358 - BB ), while 1:20 cv 1947 was labled ( 2:20 cv - 14357 - KMM ) for the chief Judges who dicta conflicted with bloom & Leigh Martin May in 1:20 cv 2691 writ of Coram Nobis as frivolous 7]

7] FTF rule (Galloway v. US) (Texaco v. Pennzoll) (Exxon v. Saudi) USSC -

8

( Statement of claim ) - 3

[ Fulton County Superior Court in re: FND-GA Marshals ]


On 2-6-2020, Marshal #1 after advising Officer Hunter

his home address = 060527480 - Driver License - GA, of charges

in FL steming from 10/2019 ( child Support), 03/13/2019

( Threats, Corrupt by treat State / county Judge / Magistrate,)

& 01/2017 ( Practice of law) stemming Charge 10-15-2015,

arrest 9-2-2015, offense date 7-28-2015 Practice of LAW charge,

Marshal #1, transport Officer Hunter as an active Officer &

GA resident = Driver Lic # 060527480 to Rice Street Jail in

Atlanta, GA. [ Porter v. US ], [ AOG Pam Bondi - Opinion home rule

powers Act - No arrest office candidates ] [ Fuentes v. FL BAR, 2014 ]

[ Mallory v. U.S. (S-ct. 1957) FL misapplying & retro new Statutes.

[ Weinstein v. Bradford, Collateral circumstances to illegal consequences ].

[ U.S. v. Narogi, Subsequent Prosecutions / trial civil to criminal, criminal

after civil [ ST of California v. Simpson ], [ Miller v. FL 1st DCA - 1995 ]

no acts, attempts or plans to harm or kill. Child Support Custody &

Support Contrary to [ UCCJEA ], [ ICJEA ] & F-S- 2014 support, GA code support.


On 2-7-2020, Hunter at first appearance was no provided counsel

( Powell v. AL, S-ct. 1932) 1], Explain to the Fulton County Superior

Judge " for my safety, exercise my rights in this court. 2]

2], Michigan v. Doran 439 US 282, 89 | 99 S-ct. 530-35

She advised, " You do not have that right 3]" "That's for You

to argue on the other side ( post extradition) 4] - Not true.√

3] S-ct. 70 at 433 (1969) - Any arrest, blanket, extradition, equality, 14A  disregard

4] Kearse 2646A 509 (1994) / O.C.G.A. Article 1-1776 / US Article 1 - 1791

The Judge signed the extradition waiver, but upon discover Hunter filed

a Habeas with Sergeant Jordan & Securis.net [electronic] [ 2-10- 2-19-2021 ]

9

( Statement of Claim ) - 4

[ Highlands County Circuit Court, Sebring, FL ]

On 9-2-2015, Judge Peter Estrada, State Atty Supervisor
Stephen K. Houchin, Investigator Bill Price (SAO), & Filing
District Atty Christine Pletcher broke their affirmations
& oaths ( Affirm clause 1781) ( US Constitution Amends 1, 4, 5, 6,
8, 10, 11, 12, 13, 14, 15 - til present day ( Case CF 15-729), (FC 15-661)
( MM 17XX , CF 17 XX ( Destroyed, but interstate contrary to
citizenry clause of 1876, Slaughter house 1878, Comity clause 1921,
Full Faith & Credit ( Child Support Act 1993, 1997) ( UCCJEA)
( ICJEA) ( Sperry v. FL, 1963 - registered officers # 893138 FL (2009,10)
running for sheriff ( US Const Amend 11, 12, 15) in exercise of
duty to defend State victims because of oath / Sanctions
( FL Dept of Corrections (2023) ( Dept of Juvenile Justice, ( life) -
violated my equal protection F.S. 943.16 ( No notice of investigation)
( 48 hrs prior) - No Miranda ( 66 S.Ct. 1966 ), Fraud victims in violation
of Sherman anti-trust (US), & FL Trust Law F.S. 2015 ( Hazel v. Atlas)
Falsified medical record as Schizophrenia to punish w/ PAINful med
( Geodon) - 01/2017 contrary to Atty Shawn Jiles - Winter haven, FL,
Dr. Susan Crum - 2017- ( No Psychotropic for neuro ( Hunter) -
Prosecutor Richard Castillo, Heather Beato, & Judge Peter
Frank Estrada are accessory aswell as 5 Sebring police
officers in ( CF 15-729) concerning St of FL v. James otis Baker
( 2005), aswell as accessories in ( CF 19-348 ) along w/ Christine
Pletcher, & Dr. Allison, William Kremper, Tracy Hartig (2016)
Dr. Allison ( 2020), Dr. Chamaurro, Dr. Pelta, & Dr. D ? ( 2020) whom
falsified me as Schizophrenic ( 2-11-2021) post abuse ( 2-6-2021)
Coverup to DCF & FL Dept of Health, history of cover-ups -
( Atty Rebekah Jones v. FDLE - Fed North District of FL 2020 ) Arrested

10

( Statement of claim ) - 5

[ Polk County Superior Court (Barton, FL ]

In re: case CF 15-729, Judge James Yancey threatened from
the bench (10-15-15) via court record, "Hunter?" " Better
sign speedy trial waiver if not I'll start setting things.
       Def Atty Shawn Jiles of Winter Haven, FL, "I'm gonna get that
waiver!"

In re case FC 14-661 (Destroyed) rewrite (FC 15-661) from
DR 14-147, 243 ( Francis, Taneisha v. Jason Hunter 04/2014
2ND DCA appeal (2014 - HUNTER v. Francis (breach) Contrary to
(Morsaho v. MLB 2ND DCA interlocutory order) GC 14-243, 247
( Hunter v. Francis, filed first = a false arrest, perjured police
report ( William Gentry (killed Deputy), Taneisha Francis
(Gross) attacked officer Jason Tavaris Hunter ( CF 12-139)
(evidence destroyed) witness= Deputy Dustin Campbell, John
Garrison, Williams ( 2-5-2012) (Highlands County Sheriff).


False claims- MM17XX (support paid in Georgia as resident, 2017)
CF17XX ( FOJ- after Judge Michael Raiden (Hardee County)
mental health Judge ruled " Drs. William Kremper, Tracy Harris"
are not qualified to evaluate Hunter. "Statements w/o acts caused
because of the state (false arrest - 04/2016 (CF 15-729) is
not probative to civilly commit. (CF 19-348)- In reverse, Dr. Allison
falsified records 06/2020 from outpatient to now inpatient
after press release Judge Estrada & Richard Castillo Suspects.
Judge Michael Mcdaniel perjury (CF 19-348) & Judge Cowden
committed perjury (FC 15-661 case on appeal to USSC) DR 14-147
emancipated son (04/2014) (Age 4) (Now 11), Magistrate Jeffrey
Stidham followed, Judge DAVID WARD vacated 2017, 2018 & 2019 - retaliation)

# 11
( Statement of claim )- # 6

[ Florida  Department  of  Revenue ]


In 2015, after my child was emancipated for a false domestic

Violence claim ( Castleman v. U.S. S-ct. 2014) child Support $200

04/2014 with no Job due to background ( CF-12-139)

triple to $660 following arrest 9-2-2015, with Judge Cowden

& FL Dept of Revenue, Child Support, Dept of children &

families w/ Knowledge I was unemployed, & Case on appeal

to USSC 1] [Hunter v. Francis, 2015 (injury) | Hunter v. Benton (S.ct. 2014)

Florida State Supreme Court citing, State has no Jurisdiction

over Mr. Hunter due to Constitutional breach 2ND DCA, FL 2014

Lakeland [Hunter v. Francis] a PCA; but no written per court

Opinion to affirm is perjury under F.S. Perjury, by contradiction,

& omission ( not listed with 2015 PCA cases list, no PDF

File to public access as other cases (2015).

2] 2nd DCA ex rel Hunter v. Francis ( FL S-ct. 2015) dismissed ( LOJ)

See singletary  [SC 15- 1695 ] [SC 16- 18xx ]

Jenkins v. State, Witt v. State,


Joan Roche, of FDoR, General Counsel, " I'll block your 2016

lawsuits in the U.S. Federal Southern District of FL.

( She DID) ✓ (2016) so i went to USDC District of Columbia (2016)

Hunter v. Estrada et AL ( USDC D.C. 2016)

Hunter v. Angela et AL ( Cowden) USDC DC 2016)

as a U.S. Citizen. Hunter v. Jiles, Estrada et AL ( FL Middle

District, 2017) ( 11th cir, 2017) & All breached Duty.

FL Dept of Revenue, Children & Families, Motor Vehicles, FDLE -

Sebring, Tallahassee, FL, reporting false cases - MM17X, CF17X, CF19-348,

FC15-661 Interstate to Georgia ( 04/2017 cleared 08/2019, Arrest 2, 2020 ??

12

( Statement of claim ) - 7

[ Florida Department of Children & Families ]

(Section A )

Did falsify child support records, amount, balances owed

in conjunction w/ the 10th Judicial circuits = Highlands,

Hardee, Polk County Courts, FL Department of Revenue,

Child Support, Motor Vehicles, Highway Patrol, FDLE

Statewide 04/2014 - 03/2017

(Section B ) J

Interstate to Georgia Departments = GA DHS, Driver Services,

GA Department of Family & Children, Fulton County

Sheriff's, US Marshals Services, FBI, FCIC, NCIC,

to arrest, convict, detain, harrass, (kill by Welfare

depletion), limit his credibility as a former FL officer

# 893138, GA officer # 1234-07-2019, SOS GBPD #

( Contact SOS headquarters, NJ ) (2018), & undercover

homeland security residential ( 420 Courtland Street

Atlanta, GA crossroads, St. Luke's church (2017)

Watchman Security - Princeton Lakes - Fairburn Rd,

Atlanta, GA, North Springs Police - Morris Kandahye - chief

of Watchman, Deputy chief Ryan Marchman ( Church,

City of Refuge - Joseph E. Boone, Atlanta, GA.

13

(Statement of claim) - 8

[ Florida Department of Motor Vehicles ]

Did in the months of 05/2017 until 2/2020 allow
US Marshal of FND-GA (Atlanta), Highlands County
Sheriff Paul Blackman (Sebring, FL), FBI, FCIC, NCIC,
All FL Sheriff's, All FL Highway Patrolman (Statewide),
FL Highway Patrolman Colonels (Nationwide) to
access Officer Jason Hunter Sr (GA State 2017
mandated that males have a Suffix to their last
name) Home address in violation of Officer Privacy
(Police Power Act 1964) (CRA-1964) (Bills of Rights
(Government clause 1964) to other agents / agencies
(FICA) (FDIC) (FL Dept of Revenue - Interstate?)
(FL Dept Children & families Interstate?) to harrass
& allow his ex (Taneika Sabrina Francis (Gross)
= whom he was a victim of in ((CF 12-139) (2-5-2012)
(falsified contact Felipe Rodriguez DCF-Sebring, FL office).
his Atlanta Address = 420 Courtland (2017),
1262 Pintail (Lithonia, GA) (2018), Rome Ave (2019)
Atlanta, 420 Courtland (2019) Atlanta, & finally his
2780 Deerwood Drive SW (2020) address to which
Taneika Sabrina Francis (Gross) stalked interstate,
paid Investigators, ruined relationships (2017)
(Melanie Lenae - Chattanooga, Murfreesboro, La Vern, TN)
(Natasha Adams - Riverdale, GA (2018)
                                                    Dec
(Charlisa Rogers - Birmingham, AL, Lithonia, GA roomate (2017)
until March 2018) (Potential Partner, but Lisa knew bout his
son mother / child support). (Did Charlisa Rogers taxes - 2018)
(Kashira Baker (2019) poisoned in-part by Taneika Francis

i4
( statement of claim ) - 9

[ Florida Department of Law Enforcement ]

[ Contrary to Kevin Powell v. FL 2ND DCA, 2009,  Katz v. US ] (out of)
(context)

Florida Department of Law Enforcement in

the month of March 2019, along with facebook     (Phone call)

( A democratic platform of social media friendly      "I'll sue"

to democrats, but adverse to republicans did allow     "not shoot"

as a conglomerate: FL Department of Law Enforcement     "Yall"

take (2018 post of me being harrased interstate     3-13-2019

by Taneika Sabrina Francis (cross), in conjunction

with Highlands County Sheriff in violation of     child support

the espionage & economic espionage Act - (2018)     clerk-Sebring

passed by Pro Tempore Senate President Utah Senator     (MARY)

Orin Hatch; who retired after (2018),

[ Using candidate for office, former Bosses (2013) to lie ]

Furthermore, Florida Department of Law Enforcement,

Facebook, & Highlands Sheriff took (2018) post

prior to 3-13-2019, on 3-13-2019 & after 3-13-2019

on collaged depictions of Judge Angela Cowden &

magistrate Jeffrey Stidham with other post not

related, ( Hunting trips, or shooting scences on

Hunting terrain (no threats) & collage them or

took as evidence such collages w/o investigation

prior to arrest, when post in March & May was

strickly whistleblowing of harrasment interstate

by Judge Cowden & magistrate Stidham via child

support & how I had $17 to eat for 2 weeks after

( $850 ) quadruple was taken from States of FL & GA,

2 informers lied in count 1 &2 of CF-19-348 saying I therefore kids I

don't even know - Never knew of & Never had plans for 1 candidate RAN for office-

15

( Statement of claim ) - 10

[ Treasure Coast Forensic Treatment Center        ]

[ 12-30-20- DIAGNOSIS- Anxiety, Depression, PTSD, Neuro-MS, CTE - 12-30-20 ]

After Dr. Allison falsified my diagnoses to schizophrenia

in 06/2020, a prior diagnosis falsified ( Drs. William Kremper

& Tracy Hartig, 01/2017- overruled by Mental Health Judge

Michael Raiden, Dr. Crum ( Forensic, Neuro Psychologist)

& Defense Attr Shawn Jiles  vs  Prosecutor Heather Bero,

as non violent ( CF 15-729) despite volitional statements

( Johnson v. Avery, USSC), ( Tyler v. Texas), ( Lawrence v.

Texas, USSC) ( Brandenburg v. Ohio), ( Hess v. Indiana)

because of Judicial, Def Attr, & State Attr Provocation

( Burden v. Yates ( 5th Cir, 1981) 1]

2] On 2-6-2021- No act, argue over religious hair & restrained to room  West 3-12

3] On 2-6-21 Shot w Geodone = which caused side effects to BRAIN (SLOW)

4] On 2-9-21- threats to consent, 2-9- Tuesnight almost Died. DCF, DoH coverup.

I was involuntary commit for a said civil assault on  1 week 2 Transfer to

public official [ 72 hr] [ hold] under FL Law when no acts  East 4

or attempts to harm others or self. Allegation 3-13-2019 in FL,  room 12

me in GA ( work) or Utah ( church Conference, Vacation),

no internet, computer in 24 hr Storage w/ surveilance, Spring

Break ( No school, public library computer access from

( 3-7-2019 - 3-21-2019) in GA & Utah. No phone plan.

In name 90 days, due to grace period, but no service.

Polk, Highlands, FL courts closed so no way I could

email threat - CNT2 - ( CF 19-348) in Highlands, State

of FL, but my sim card was stolen by a Highlands County

resident from my cell ( w/ all info), former agent of Miami, FL

had phone in march made threats, Taneiha Francis Gross threats ( email)

16

( Statement of claim ) - 11

[ Dr. Allison ]


In 06, 2020 Dr. Allison falsified my diagnosis & court documents
Saying I was Schizophrenic, mentally ill, unstable, & threat to
FL & Highlands County Community as a potential concern.
I'm not from here. I was was extradited 2-19-2020 from
Atlanta, GA not stepping foot in FL since ( 03/2017, GA
Resident & officer.) [] Civil commitment Act 1985 - Baker Act resident his State.

    Prior, in May of 2020, Judge Estrada & Peace River
Center ( Bartow, FL) Ms. Desantes said, I met grounds for
( out patient) (voluntary coming for evaluation). However,
once again not a FL resident, No threats from me.
Out of context. No Judge own duty, not in presence of
official, courthouse closed on 3-13-2019 (Spring break).
Don't know home address, email of Judges or family members
to send interstate threats on "future based intent", as alleged.
(Hess v. Indiana), (Brandenburg v. Ohio)


    Only after, the media Fox 13 & CNN (FL & GA) dropped Truth
that CF 15-729 was backdated legislation to convict &
impeach me as a felon. CF 19-348, was backed ( 10-1-19) (legislation)
Violent Felony Offender of Special Concern, charged 3-13-19 law
did not exist, applied retro ( Mallory v. U.S., 1957)
(Teague v. Lane, 1986 S-CT) ( Ford v. Wainwright, 1989 S-CT)
(Hurst v. FL, 2014 S.Ct.) death by torture ( to force meds)
by shot, 1x oral, threat drop level to red & be here for
10 more years, because I said "I'm Neuro" - Psychotropics drugs
hurt & will kill me ( Dr. Cram - Neuropsychologist - 2016, 2017.)
Torture cause still trying to force. I'm not Schizophrenic Death by Malpractice

17
( Statement of claim ) - 12

[ Florida Department of Health - Tallahassee, F [ ]

A ⚹ [ Rebehah Jones v. FDLE - Fed North District - FL - 2020 - Atty (whistleblower ]
Has a history of cover-up & ignoring complaints, even
ones that result in deaths- I complained via email &
in writing of falsified diagnosis (Dr. William Kremper,
Tracy Hattig (his daughter) (2017). (Complaints emailed FDOH)

Also that Judge Peter Estrada, Prosecuter Heather Beato,
& Atty Shawn Jiles (CF 15-729) Stipulated in Feb, 2017
that I was NGRI contrary to Dr. Susan Crump's opinion
& more experience & more qualified. [ ]

[ ] American Psychological Assoc- Phd's [ Dr. Kremper - 2017,
Maholavich- 2021 [ Treasure Coast] do not diagnose.
Only certified Clinical Psys in Clinical Psychiatry are MDs
& there must be 2 opinions (Dr. Crum) - (2017 (Dr. Bolonary-
M.S.- 2017) not Schizophrenia. 2]

2] American Medical Association - Phds are not MDs & cannot
raise a psychiatric patient w/ Dementia (mild) (2017) Dr. Crum
to competency to stand trial due to physical, neuro damage.
Patients= who are neuro, M/S, & dementia related are always
competent to plea, but never be placed on trial.
↳ American Psychological & American medical Association - (2017).

B ⚹ [ See: Officer Hunter, Atlanta Police Webmaster, in danger, emails.]
Insanity is entrapment, I did not claim that in 2015 (CF-15-729)
or 2019 (CF-19-348). In 03, 2020 Atty Keith Peterson waived
my Ⓡ to arraignment Pleaing NGRI, but clerk Rebecca Raulerson
Falsified Docket public view- Written plea of not guilty, (Not the
Same as Not guilty.) I emailed complaints to (FL DOH in 2017, 2019)
FL DOH re[...]

( Appendix )

( Motion )

I, Officer Jason Glanton Carter-Truman ( born),
Jason Tavaris Hunter (legal) due hereby
motion herein this honorable:
  United States Court of Federal Claims
  to appear in Proper Persona ( GA officer badge # 1234-07)
  & GA resident zip code 30315, GA Driver License # 060527480
  to appear in fee waiver or lien to defendants
  court cost 1) & 2) Appear as a Private Atty
  General Qui Tam equal priviledge to represent
  the United States VS defendants equally in breach
  of Oath, Affirmation, duty as treason to the U.S,
  FL, GA, & it's citizens on this 13th day of February, 2021
* Defendants equally & affirmatively wrong no immunity ( Compact clause)

2-13-2021

( Petition )

I, Officer Jason Glanton Carter-Truman (born) known
as Jason Tavaris Hunter (legal), do hereby petition
the United States Court of Federal Claims to:
In breach of these agencie(s), bodie(s), corporation(s),
entitie(s), federation(s), governments, Judiciarie(s),
legal entitie(s), Monetary endorsed by or through the
United States of America, it's Corps, & Contractors,
as Conglomerates, Associations, Officers, partners,
branches, Sub-branches, divisions, Sub-division, Political,
Political Subdivision of Constitutional, Contract, or probative
merit executive all & any Writs to Seize & desist & release
Officer Jason Hunter of GA badge # 1234-07, formerly FL
893138, GA DL # 060527480, formerly FL HS36 438 83 361-0
& his Son (JCH) Constructively KIDNAPPED by his
custodial mother; Taneitta Sabrina Gross (Francis) c
A naturalized US citizen who resides in Apopka, FL,
native to Spanishtown, Jamaica (St. Catherine Parish)
& US origin of Brooklyn, Bronx a said Christopher
Columbus HS graduate, release of his property & debts
owed to him (2.5 million) (Case # GC 13-878) (Highlands County)
$30,580 (State of FL, excess support & emancipated, credit but no check
as my brother in law; Tanisla Holmon on this 13th day feb. 2021 ○_○ +

( Demand ) (with removal from offices)

[ Bench Trial En Banc ]

[ 9 Judges as Jury ]

[ ✳ Zedner v. U.S. ] - Bench Trial in Nation ER

— to overcome speedy trial

dilemna by Jury $ 50

2-13-2021        National Emergency ACT.


I, Officer Jason Glanton Carter - Truman (born)

Jason Tavaris Hunter (legal), due hereby after

all denials, all exhaust, falsified medical records

(State of FL), (Treasure Coast Forensic), (Dept of

Children of Families) & CFL Dept of Health (Prior

complaints ignored - 2017, 18, 19), All exhaust in FL

Courts: Highlands, Hardee, Polk (10 Judicial circuit, FL),

Appellatte Court: 2ND DCA (Lakeland, FL) & Florida

State Supreme (2014, 2015) (2016)

US Courts: Federal Southern District FL (2014) (2015

filings obstructed Joan Noche - FL DOR, Tallahassee,

District of Columbia - District & Appeals (2016, 2017)

FL Federal Middle District (2017) & (11th Circuit, 2017)

Federal Northern District GA - Atlanta (2020)

Fulton County Superior Court - Atlanta (2020)

Federal Southern District (blocked file - 03-8-2020) ( Prior to Covid 3-15-20)

Federal Southern District Court transfer / usurp Article 1 (2020)

Federal Northern District of Georgia (Policy, Article 3 usurp) (2020)

11th Circuit policy on fee breached / review breach issue immunity (2020)

Give this demand for a trial vs all defendants equally liable

2-13-2021

( Notice of Insolvency )

I, Officer Jason Glanton Carter-Truman (born)
Jason Tavaris Hunter (legal) due hereby
give this sworn notice of involuntary bankruptcy,
due to False arrest (1:20cv1405) Federal Northern
District of GA, & malicious prosecutions beyond
Statutorial, Prosecutorial, in Blockburger violations
(CF 15-729)(lapsed) CCF 19-348 - cnt 1 - No Act, Attempt
                                        cnt 2 - Lapsed

& incarcerated more than 1 yr w/o a misdemeanor
Convict (Arrest 2-6-2020 - US Marshals), prior demand
for safety in Fulton County Superior (2-7-2020)
extradition contrary to (Weeks v. U.S. (USSC 1914),
GA Constitution Article 1 s. 9 original code,
Halsman v. GA. (GA.), & Kashamu v. U.S. (7th, 2014)
serious injuries Jail (need surgery), Serious brain injury
false diagnosis (Dr. Allison?) administered Anti-Psychotic,
Psychotropic which is deadly via my Neuro-Psychologist
Dr. Susan Cram of Sebring, Fl. Amy Montgomery - Emory
Atlanta, GA. [ Neuro, severe Anxiety, CTE, PTSD, clinical
Depression, & Multiple Sclerosis, rapid cycle since 2012.

( Relief Sought ) — By Summary
( with removal from Offices ) — By Trial

I, Officer Jason Glanton Carter — Truman (born)
legal name  Jason Tavaris Hunter ( legal)
being  abused  in usufruct ( Medical Malpractice)
Bivens violations  ( CF 15-729 ) ( Warrant back in
violation of  Doc # 66 S-ct. 1966, ( CF 19-348 )
Contrary  to Mallory v. US 1957 S-ct, ( Back to
3-13-2019, arrest on  2-6-2020, ( Weens v. US (1914),
( Mapp v. Ohio, ( USSC), & Brandenburg v. Ohio (S-ct. 1961)
( Hess v. Indiana ) ( RAV v. City of St. Paul ) ( Paul
v. Minnesota, DR 14-147, 243 & FC 15-661 Contrary  to
Burden v. Yates (5th Cir, 1981) ( Castle v. US),
Bloom v. State, ( Castleman v. United States ( S-ct. 2014)
denied  civil rights (Heart of Atlanta Motel v. US, ( 1964)
denied  enjoinment  extradition violation ( US v. Marion (S-ct.)
denied  injunctive relief  not absterd by ( Younger v. Harris)
under ( Exxon v. Saudi), ( Pullman v. RR ) ( Thibodaux V Louisiana)
injuries (new) Preventable C1:20cv 2371 - FND - GA ignored by
JHL III Contrary  to  399 US s-ct, (1971),

| | ☆ Injunctive Relief from all defendants ( Weinstein v. Bradford) |
| ☆ Habeas Relief all FL, Private, State ( Ex Parte Young (1901) |
| ☆ Mandamus ( All-writs) to  lower Courts / Agencies |
| who have  never exercised competent & equitable |
| ( (u) ) | relief ( Slaughterhouse 1878 ), ( Black lives Matter, USSC 2020) |
| "God's Mercy" | ☆ Prohibition - All Judges, Agencies, Attys detaining, Prosecuting |
| Judges: ∩=18 | Acts - forfeiture by conduct ( Fiore, USSC 2014) ( US v. Truman 2021) |

( Prayer for Relief )

Seeger v. U.S. ( Church & State "clause of unity"

From Latter Day Saints Communion = Ordinance = LDS

Known as "the Sacrament" = Brigham Young (Grandfather)

"

" Oh God! Eternal Father!

Bless & Sanctify this Bread (As Prayer)

Told all the Souls, who partake of it,

Let them (church & State) do this

in rememberance of thy Son,

Who gave his precious life.

That we remember him always,

That his spirit (of law) will be with us,

Amen (Be it so),   "

                    ")

LDS = Sacrament = An Ordinance

Read as A Prayer to the honorable

United States Court of Claims — NY (2-13-2021)

Baptism & Ordained & Holy Ghost filled

Aaronic Priesthood Holder

Jason Glanton Carter — Truman (born)

Jason Tavaris Hunter (legal)

(5th Great Grand Son of Brigham Young )

Atlanta State Ward Member

Contact Atlanta State Ward — for member ID

2 - 13 - 2021

( Affidavit of Statements )

( including Insolvency )

To, my hand & witnessed before GOD on this book (left)
and testimentary of my Faith: LDS ["True To The Faith!"]"
And my oath (Right) raised toward GOD and not the
heavens that my faith, book of mormon, & that this
Church is True = As the Church of Utah = church
& State Union, that all the words I write or wrote
here in are truth & aligned with my faith.

Because of my Oath & Submission to

God as one of God's children

these words & Church is the Truth

Church of Christ by God Eternal = LDS.



2-13-2021

( Assistance of Agency )

in Certificate of Service

* ( Note = US Clerk send 1 courtesy Copy to me ) *

I, Officer Hunter of Atlanta, GA as officer # 1234-07

resident Driver License 060527480, due hereby being

insolvent request assistance of Agency (Officers) detained

beyond my will, and inability to service to Serve

& Service by process via mail and/or in person

bailiff, Constable, agents, or Marshals the defendants

herein process to appear & answer without an attorney

( Dixon v. US ) - affords not defendants right to an

Atty in an adverse civil litigation where trial or

Sentencing has yet to be commenced when being Sued

by a non-attorney Pro Se agent or person in solidarity.

Unless, the Court appoints a civil attorney to assist

in finality of this process Such is adversal without

attorney for Respondent as Defendants = who never

afforded a Competent Civil Rights Atty to the plaintiffs

defense prior to his civil Commitment, 2 cases criminal;

1 criminal defense; removing his Conflict Counsel          2-13-2021

( Gail Cheatwood of Lakeland, FL) = 1 family case

involving civil rights were the wife of the newly          GA residents ✓

Court appointed Counsel is neither civil rights = Is        GA Attis or ✓

unfair, unqualified, non-Competed, & lacks the need        GA Venue ✓

of 3 civil rights Counselors certified in criminal         ∫ Powell v. AL

trial advocacy (Outside of Floridas 10th Judicial                  ↓

Circuit [Highlands, Hardee, Polk] & FL Bar # lower ( GA Bar #s choice)

than 52000  with Practice since at least 1983 (C# 42 experts)

1 free (Courtesy Copy) ( of this claim & Filing )

To each location ( Issues of treatment / transport )

1) OFFICER, JASON HUNTER SR - DL # 060527480
GA badge # 1234-07, FL Badge # 893138
Treasure Coast Forensic Treatment Center
96 SW Allapattah Rd
Indiantown, FL 34956-4307

2) OFFICER, JASON HUNTER SR - DL# 060527480
GA badge # 1234-07, FL Badge # 893138
Highlands County Jail (Lieutant)
338 S. Orange Street
Sebring, FL 33870

Herein 30 total pgs complete
on this 14th, of Feb, 2021   St. Valentiner's Day

2004
Worthy → AKΨ - EPsilon TAu - Jacksonville, FL
Brother     - Indianapolis, IN - Headquarters
            - New York University - Foundation

KAΨ - Honorary - Troy University  2012 - Saddrius Williams

2018
- NorthStar Lodge # 201
Atlanta, GA                    2-13-2021

" God Bless this undertaking ! "
" Be it So, above & below ! "



Hunter = 586 0836 1D #

ure Coast Forensic Treatment

v Allapattah Rd Sw

ntown, FL 3

"God's Blessings"

North Star 201 ATL

Scottish Rite

Pro Se JVR

RECEIVED

CLERK'S OFFICE
S.D.N.Y.
MAR 01 2021

Emergency File

Attn United States Clerk

United States Court of Federal Claims

500 Pearl Street

New York, NY 10007

PURPLE HEART  FOREVER USA

PURPLE HEART  FOREVER USA

PURPLE HEART  FOREVER USA

PURPLE HEART  FOREVER USA